# In the United States Court of Federal Claims

No. 25-1303T

(Filed: October 10, 2025)

|  |  |
|---|---|
| **SANJEEV KHANNA,** | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| **THE UNITED STATES,** | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |
|  | ) |
|  | ) |

## DISMISSAL ORDER

On August 6, 2025, Plaintiff, Sanjeev Khanna, filed his *pro se* complaint in this Court. ECF No. 1. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees — a $350.00 filing fee plus a $55.00 administrative fee — or request authorization to proceed without prepayment of fees by submitting a signed application to proceed in forma pauperis ("IFP"). *See* 28 U.S.C. §§ 1914, 1915. On August 25, 2025, the Court ordered Plaintiff to either pay the required fee or submit an IFP application on or before September 24, 2025. ECF No. 5. The Court informed Plaintiff that "[i]f Plaintiff fails to comply with this order, then this action shall be dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the Rules of the United States Court of Federal Claims ('RCFC')." *Id.* Service of that order on the Plaintiff was performed via certified mail. *Id.* Plaintiff has not complied with that order.

Accordingly, the Court **DISMISSES** this case, without prejudice, for failure to prosecute. *See* RCFC 41(b). Having failed to pay the required filing fee or to seek relief via a complete IFP application, Plaintiff cannot proceed further.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Chief Judge